## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| DAVID ROBERTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 6:16-cv-00170-PGB-GJK |
| ) | |
| NAVIENT SOLUTIONS, INC. *f/k/a* ) | |
| SALLIE MAE, INC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, DAVID ROBERTS, ("Plaintiff"), through his attorney, HORMOZDI LAW FIRM, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

June 15, 2016        By:_/s/Shireen Hormozdi_____
Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
E-mail: shireen@hormozdilaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On June 15, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense counsel, David Yellin, at dyellin@ifrahlaw.com

By:_/s/Jackie Laino _____
Jackie Laino